| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194<br>Chief Trial Deputy |
| 3 | MICHAEL GERCHOW, State Bar #256993<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3936 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:           michael.gerchow@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON MARMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. AIRWAYS, INC., an Arizona Corporation, JOHN DOE 1 (Pilot), JANE DOE 2, John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO<br><br>    Defendants. | Case No. 13 CV 2755 CRB<br><br>**STIPULATED ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 13, 2013 TO OCTOBER 11, 2013**<br>**[N.D. Local Rules 7-11, 7-12]**<br><br><br>Trial Date:            Not Set |

    Pursuant to Local Rules 7-11 and 7-12, and this Court's Order Setting Case Management Conference [Dkt. No. 11], Defendant City and County of San Francisco, Defendant San Francisco Police Officer Calvin Tom #821, Defendant U.S. Airways, Inc., and Plaintiff Deshon Marman stipulate and jointly request a continuance of the initial case management conference as follows:

    1.    This matter is presently set for an initial case management conference on September 13, 2013;

2. Deputy City Attorney Michael Gerchow, counsel for the City and County of San Francisco in this matter, is currently in trial in the matter of <u>Clifford Balgos v. Winona Delgadillo, City & County of San Francisco and Does 1 To 20</u>, CGC-12-521810, in San Francisco Superior Court. Counsel estimates that the trial will end no earlier than August 23, 2013.

3. The parties hereby stipulate to an order continuing the initial case management conference, presently set for September 13, 2013, to **October 11, 2013**, or another date convenient to the Court, with corresponding changes to the deadlines for the early meeting of counsel and the joint case management statement.

IT IS SO STIPULATED.

Dated: August 15, 2013
DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MICHAEL GERCHOW
Deputy City Attorney

By: */s/ Michael Gerchow*
MICHAEL GERCHOW
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 13, 2013
LAW OFFICE OF DENNIS CUNNINGHAM
SINGLETON LAW FIRM

By: */s/ Dennis Cunningham*
DENNIS CUNNINGHAM
Attorneys for Plaintiff
DESHON MARMAN

Dated: August 13, 2013
O'MELVENY & MYERS LLP

By: */s/ Adam Kohsweeney*
ADAM KOHSWEENEY
Attorneys for Defendant
U.S. AIRWAYS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 15, 2013

By:_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer