1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MICHAEL GERCHOW, State Bar #256993
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3936
6  Facsimile:    (415) 554-3837
   E-Mail:       michael.gerchow@sfgov.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DESHON MARMAN, | Case No. 13 CV 2755 CRB |
|---|---|
| Plaintiff, | **STIPULATED ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM SEPTEMBER 13, 2013 TO OCTOBER 11, 2013** |
| vs. | |
| U.S. AIRWAYS, INC., an Arizona Corporation, JOHN DOE 1 (Pilot), JANE DOE 2, John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO | **[N.D. Local Rules 7-11, 7-12]** |
| | Trial Date:         Not Set |
| Defendants. | |

Pursuant to Local Rules 7-11 and 7-12, and this Court's Order Setting Case Management Conference [Dkt. No. 11], Defendant City and County of San Francisco, Defendant San Francisco Police Officer Calvin Tom #821, Defendant U.S. Airways, Inc., and Plaintiff Deshon Marman stipulate and jointly request a continuance of the initial case management conference as follows:

1.  This matter is presently set for an initial case management conference on September 13, 2013;

1  2. Deputy City Attorney Michael Gerchow, counsel for the City and County of San Francisco in this matter, is currently in trial in the matter of <u>Clifford Balgos v. Winona Delgadillo, City & County of San Francisco and Does 1 To 20</u>, CGC-12-521810, in San Francisco Superior Court. Counsel estimates that the trial will end no earlier than August 23, 2013.

3. The parties hereby stipulate to an order continuing the initial case management conference, presently set for September 13, 2013, to **October 11, 2013**, or another date convenient to the Court, with corresponding changes to the deadlines for the early meeting of counsel and the joint case management statement.

IT IS SO STIPULATED.

Dated:  August 15, 2013                         DENNIS J. HERRERA
                                                City Attorney
                                                CHERYL ADAMS
                                                Chief Trial Deputy
                                                MICHAEL GERCHOW
                                                Deputy City Attorney

                                                By: */s/ Michael Gerchow*
                                                MICHAEL GERCHOW
                                                Attorneys for Defendant
                                                CITY AND COUNTY OF SAN FRANCISCO

Dated:  August 13, 2013                         LAW OFFICE OF DENNIS CUNNINGHAM
                                                SINGLETON LAW FIRM

                                                By:*/s/ Dennis Cunningham*
                                                DENNIS CUNNINGHAM
                                                Attorneys for Plaintiff
                                                DESHON MARMAN

Dated:  August 13, 2013                         O'MELVENY & MYERS LLP

                                                By: */s/ Adam Kohsweeney*
                                                ADAM KOHSWEENEY
                                                Attorneys for Defendant
                                                U.S. AIRWAYS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 15, 2013

                                                By:_____
                                                HON. CHARLES R. BREYER
                                                UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION TO CONTINUE INITIAL CMC          2                        n:\pdf docs\2755marman.doc
CASE NO. CV 13 2755 CRB