IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DESHON MARMAN,

Plaintiff,

v.

US AIRWAYS ET AL.,

Defendants.
_______________________________/

No. C 13-02755 CRB

**ORDER TO SHOW CAUSE**

Defendant US Airways, Inc. moved on August 2, 2013 to dismiss this case. See MTD (dkt. 6). Plaintiff's opposition papers were due no more than 14 days after Defendant's Motion was filed. See Northern District of California Local Rule 7-3(a). Plaintiff has failed to timely file his opposition papers. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by **Tuesday, October 8, 2013**, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: October 2, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE