IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON MARMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>US AIRWAYS ET AL.,<br><br>    Defendants. | No. C 13-02755 CRB<br><br>**ORDER VACATING MOTION AND SETTING DEADLINE** |

Defendant US Airways, Inc. moved on August 2, 2013 to dismiss this case. See MTD (dkt. 6). Plaintiff Deshon Marman responded to the Court's Order to Show Cause of October 2, 2013 (dkt. 18) by explaining that he intends to file an amended complaint (dkt. 19). The Court subsequently vacated the hearing on the motion to dismiss. See Clerks Notice (dkt. 23). The Court now VACATES the motion to dismiss and ORDERS Plaintiff to file an amended complaint by Monday, October 28, 2013.

**IT IS SO ORDERED.**

Dated: October 21, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE