## **ORDER**

This Court has reviewed the Parties' Joint Further Case Management Conference Statement.  Good cause appearing therein, it is hereby ordered that Further Case Management Conference currently set for February 21, 2014, at 8:30 AM, is continued to  April 18, 2014, at 8:30 AM, to allow the parties time to continue discovery.  The parties shall file a further case management conference statement not less than seven days prior to the conference.

IT IS SO ORDERED.

Dated:  February 20, 2014



UNITED STATES DISTRICT JUDGE