DENNIS CUNNINGHAM (State Bar #112910)
BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, California 94110
Telephone:     (415) 285-8091
Facsimile:      (415) 285-8092
E-Mail:          denniscunninghamlaw@gmail.com
E-Mail:          ben.rosenfeld@comcast.net

GERALD SINGLETON (State Bar #208783)
Law Offices of Gerald Singleton
560 N. Coast Hwy 101, Suite 4A
Encinitas, California  92024
Telephone:     (760) 697-1330
Facsimile:      (760) 697-1329
E-Mail:          gerald@geraldsingleton.com

**Attorneys for Plaintiff**

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MICHAEL GERCHOW, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3936
Facsimile:      (415) 554-3837
E-Mail:          michael.gerchow@sfgov.org

**Attorneys for Defendant**
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHON MARMAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>U.S. AIRWAYS, INC., an Arizona Corporation, JOHN DOE 1 (Pilot), JANE DOE 2, John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO<br><br>        Defendants. | Case No. 13 CV 2755 CRB<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Further CMC:  February 21, 2014<br>Time:               8:30 a.m.<br>Place:              Courtroom 6, 17th Fl.<br>                       San Francisco, CA 94102 |

The undersigned parties, through their counsel, STIPULATE and AGREE that plaintiff Deshon Marman will and hereby does voluntarily dismiss with prejudice defendants Calvin Tom, the City and County of San Francisco (including its employees, agents, predecessors, successors and affiliate entities), and John and Jane Does 11-30 (police officers and/or municipalities) (hereafter the "San Francisco Defendants") under the following circumstances:

1. Plaintiff Deshon Marman filed this lawsuit seeking money damages against *inter alia*, the San Francisco Defendants, as a result of a June 15, 2011 incident at the San Francisco Airport;

2. Plaintiff and the San Francisco Defendants, through their authorized representatives, reached an agreement on the terms of a settlement with respect to the San Francisco Defendants, which terms have been captured on a separate settlement agreement signed by plaintiff and approved by counsel for the San Francisco Defendants and Plaintiff's counsel.

3. Defendants US Airways, Inc., Captain Dominic Currieri, Phyllis Guss-Davis, and Johanna Ellison (the "Airline Defendants") have agreed to this Dismissal in light of FRCP 41(a)(1)(A)(ii)'s requirement that voluntary dismissals be "signed by all parties who have appeared." Marman, the San Francisco Defendants, and the Airline Defendants all understand and agree that the Airline Defendants' execution of this Dismissal is without prejudice or effect as to any rights, defenses, obligations, or arguments whatsoever that may exist between Marman and the Airline Defendants or between the San Francisco Defendants and the Airline Defendants.

THEREFORE, the parties hereby STIPULATE and AGREE that defendants Officer Calvin Tom, the City and County of San Francisco (including its agents, employees, agents, predecessors, successors and affiliate entities), and John and Jane Does 11-30 (police officers and/or municipalities) be DISMISSED from this action WITH PREJUDICE.

IT IS SO STIPULATED.

Dated:  February 20, 2014        LAW OFFICE OF DENNIS CUNNINGHAM
                                 SINGLETON LAW FIRM

                                 By: */s/ Dennis Cunningham*
                                     DENNIS CUNNINGHAM
                                     Attorneys for Plaintiff
                                     DESHON MARMAN

| | |
|---|---|
| Dated: February 20, 2014 | DENNIS J. HERRERA<br>City Attorney<br>CHERYL ADAMS<br>Chief Trial Deputy<br>MICHAEL GERCHOW<br>Deputy City Attorney |
| | By: */s/ Michael Gerchow*<br>MICHAEL GERCHOW<br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |
| Dated: February 20, 2014 | O'MELVENY & MYERS LLP |
| | By: */s/ Adam Kohsweeney*<br>ADAM KOHSWEENEY<br>Attorneys for Defendant<br>U.S. AIRWAYS, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2014

By: _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*