UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　　Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Charles R. Breyer |

This Court has reviewed the Parties' Stipulation for Continuance of Further Case Management Conference.  Good cause appearing therein, it is hereby ordered that Further Case Management Conference currently set for April 18, 2014, at 8:30 AM, is continued to \_\_\_\_\_June 13\_\_\_\_\_, 2014, at 8:30 AM.  The parties shall file a further case management conference statement not less than seven days prior to the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 16, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*