# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>                Plaintiffs,<br><br>        v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>                Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  October 17, 2014<br>Time:  8:30 A.M.<br>Courtroom:  6<br>Judge:  Hon. Charles R. Breyer |

This Court has reviewed the Parties' Joint Stipulation Requesting Continuance of Further Case Management Conference.  Good cause appearing therein, it is hereby ordered that Further Case Management Conference currently set for October 17, 2014 at 8:30 A.M., is continued to November 7, 2014, at 8:30 A.M.  The parties shall file a further case management conference statement on October 10, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 10, 2014

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*