UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>                Plaintiffs,<br><br>   v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>                Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: November 7, 2014<br>Time: 8:30 A.M.<br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

A Case Management Conference was held in this case on November 7, 2014. Counsel for Defendant US Airways, Inc. ("US Airways") Adam P. KohSweeney, attended. Counsel for Plaintiff Deshon Marman did not attend. The Court hereby adopts the schedule set forth in the parties' Joint Case Management Statement, dated October 10, 2014 (dkt. 47).

**IT IS HEREBY ORDERED** that the parties will complete discovery and briefing on Defendant US Airways' Motion for Summary Judgment as follows:

| Item | Date |
|---|---|
| Deposition of Dominic Currieri | Completed in Phoenix, Arizona by December 12, 2014 |
| Airline Defendants' Motion for Summary Judgment | January 9, 2015 |
| Plaintiff's Opposition to Motion for Summary Judgment | January 30, 2015 |

| | | |
|---|---|---|
| 1 | Airline Defendants' Reply in Support of Summary Judgment | February 13, 2015 |
| 2 | | |
| 3 | Hearing on Airline Defendants' Motion for Summary Judgment | February 20, 2015 at 10:00AM, or as soon thereafter as may be convenient for the Court |

Dated:  November 12, 2014

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*