UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS US AIRWAYS, INC., DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS AND JOHANNA ELLISON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Charles R. Breyer |

This Court has reviewed the Parties' Joint Stipulation Requesting Extension of Briefing Schedule on Defendants US Airways, Inc., Dominic Currieri, Phyllis Guss-Davis and Johanna Ellison's Motion for Summary Judgment.  Good cause appearing therein, it is hereby ordered that the schedule is revised as follows:

| | |
|---|---|
| Airline Defendants' Motion for Summary Judgment | Due March 9, 2015 |
| Plaintiff's Opposition to Motion for Summary Judgment | Due twenty-one (21) calendar days following the filing of the Airline Defendants' Motion for Summary Judgment. |
| Airline Defendants' Reply in Support of Summary Judgment | Due fourteen (14) calendar days following the filing of Plaintiff's Opposition. |
| Hearing on Airline Defendants' Motion for Summary Judgment | To be reserved, based on the date the Airline Defendants' Motion for Summary Judgment is filed. |

Prior to filing the Motion for Summary Judgment, counsel for the Airline Defendants will meet-and-confer with counsel for Plaintiff to ensure that the resulting briefing schedule and hearing date is workable based on the parties' respective schedules.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2015



_____
UNITED STATES DISTRICT JUDGE