**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DESHON MARMAN<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　　　Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING SECOND JOINT STIPULATION REQUESTING EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS US AIRWAYS, INC., DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS AND JOHANNA ELLISON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Charles R. Breyer |

This Court has reviewed the Parties' Second Joint Stipulation Requesting Extension of Briefing Schedule on Defendants US Airways, Inc., Dominic Currieri, Phyllis Guss-Davis and Johanna Ellison's Motion for Summary Judgment. Good cause appearing therein, it is hereby ordered that the schedule is revised as follows:

| | |
|---|---|
| Airline Defendants' Motion for Summary Judgment | Due March 27, 2015 |
| Plaintiff's Opposition to Motion for Summary Judgment | April 17, 2015. |
| Airline Defendants' Reply in Support of Summary Judgment | May 1, 2015. |
| Hearing on Airline Defendants' Motion for Summary Judgment | May 15, 2015, or as soon thereafter as the Court may decide. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 10, 2015

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*