ROBERT A. SIEGEL (S.B. #64604)
rsiegel@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:   213-430-6000
Facsimile:   213-430-6407

ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
SUSANNAH K. HOWARD (S.B. #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   415-984-8912
Facsimile:   415-984-8701

Attorneys for Defendants US Airways, Inc., Captain Dominic Currieri, Phyllis Guss-Davis, and Johanna Ellison

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>            Plaintiffs,<br><br>    v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING THE AIRLINE DEFENDANTS' REQUEST TO RESPOND TO THE SECOND DECLARATION OF PLAINTIFF'S COUNSEL**<br><br>Hearing Date: May 15, 2015<br>Time: 10:00 A.M.<br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

On May 11, 2015, Defendants Dominic Currieri, Phyllis Guss-Davis, Johanna Ellison and US Airways, Inc. (collectively, the "Airline Defendants"), filed Objections to the Second Declaration of Plaintiff's Counsel (dkt. 65), in which the Airline Defendants sought, in the alternative, leave to respond to the Second Declaration of Plaintiff's Counsel and all attachments thereto (dkt. 64).  After consideration of all the papers submitted, and all other matters presented to the Court in this action, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Airline Defendants shall be permitted to respond to the Second Declaration of Plaintiff's Counsel and all attachments thereto (dkt. 64).  The Airline Defendants' Response to the Second Declaration of Plaintiff's Counsel, attached to the Motion as "Exhibit A," is deemed filed.

Dated:  May 13, 2015  _____

Hon. Charles R. Breyer
United States District Court Judge
Northern District of California

- 2 -   [PROPOSED] ORDER GRANTING DEFS.' REQUEST TO RESP. TO 2ND DECLARATION
CASE NO. CV-13-2755 CRB