ROBERT A. SIEGEL (S.B. #64604)
rsiegel@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:    213-430-6000
Facsimile:    213-430-6407

ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
SUSANNAH K. HOWARD (S.B. #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:    415-984-8912
Facsimile:    415-984-8701

Attorneys for Defendants US Airways, Inc., Captain Dominic Currieri, Phyllis Guss-Davis, and Johanna Ellison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DESHON MARMAN<br><br>    Plaintiffs,<br><br> v.<br><br>US AIRWAYS, an Arizona Corporation; DOMINIC CURRIERI, PHYLLIS GUSS-DAVIS, JOHANNA ELLISON and John & Jane Does 3-10 (airline employees); Officer CALVIN TOM, #821, police officer, John & Jane DOES 11-30 (police officers and/or municipalities), and the CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV-13-2755 CRB<br><br>**ORDER GRANTING STIPULATION FOR CONDITIONAL DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to the parties' Stipulation for Conditional Dismissal, and for good cause shown, this Court hereby approves the Stipulation of Dismissal and orders as follows

**IT IS HEREBY ORDERED** that this action and all claims alleged therein are dismissed with prejudice, pending completion of the terms of the settlement. To the extent the terms of the settlement are not completed within forty-five (45) days, any party may move the Court to reopen this matter.

Dated: September 14, 2015

_____
Hon. Charles R. Breyer
United States District Court Judge
Northern District of California